UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-CV-21062-DPG

JESUS GONZALEZ,

    Plaintiff,

vs.

TRIAD RESTAURANT CORP.,
d/b/a EL NOVILLO RESTAURANT, and
EQUITY ONE FLORIDA PORTFOLIO, LLC.,

    Defendants,
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez, by and through the undersigned counsel, gives the Court notice that the parties have resolved this matter and are working on the settlement documents. The Parties request that the Court stay all matters and pending deadlines here and grant the Parties 30 days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Respectfully submitted this May 9, 2024.

    By: */s/ Juan Courtney Cunningham*
    Juan Courtney Cunningham, Esq.
    Florida Bar No.: 628166
    J. COURTNEY CUNNINGHAM, PLLC
    8950 SW 74th Court, Suite 2201
    Miami, Florida 33156
    T: 305-351-2014
    cc@cunninghampllc.com
    legal@cunninghampllc.com

    *Counsel for Plaintiff*

**Gonzalez v. Triad Restaurant**
**Case No. 24-CV-21062-DPG**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2024, an electronic copy of this document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*