UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-CV-21062-DPG

JESUS GONZALEZ,

      Plaintiff,

vs.

TRIAD RESTAURANT CORP.,
d/b/a EL NOVILLO RESTAURANT, and
EQUITY ONE FLORIDA PORTFOLIO, LLC.,

      Defendants,

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, under Rule 41(a), Fed. R. Civ. P., and this Court Order [DE 13], hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendants, TRIAD RESTAURANT CORP., d/b/a EL NOVILLO RESTAURANT, and EQUITY ONE FLORIDA PORTFOLIO, LLC, and respectfully asks this Court to terminate the action.

Respectfully submitted this May 13, 2024.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Gonzalez v. Triad Restaurant**
**Case No. 24-CV-21062-DPG**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2024, an electronic copy of this document was filed

with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all

parties and Counsel of record.

By: */s/ Juan Courtney Cunningham*
Juan Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*